[No. 42161-5-II. Division Two. May 14, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. RONALD MELVIN MENDES, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 08-1-00527-7, John R. Hickman, J., entered May 26, 2011. *Affirmed* by unpublished opinion per Johanson, A.C.J., concurred in by Quinn-Brintnall and Bjorgen, JJ.

[No. 42266-2-II. Division Two. May 14, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. ANDREW ALLAN WRIGHT, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 11-1-00176-8, Barbara D. Johnson, J., entered June 13, 2011. *Affirmed* by unpublished opinion per Penoyar, J., concurred in by Worswick, C.J., and Van Deren, J.

[No. 42342-1-II. Division Two. May 14, 2013.]

HAIGEUN JUNG ET AL., *Respondents*, v. SANG TAE YOON ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Pierce County, No. 09-2-07785-7, Katherine M. Stolz, J., entered June 24, 2011. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Johanson, A.C.J., concurred in by Quinn-Brintnall and Bjorgen, JJ.

[No. 42453-3-II. Division Two. May 14, 2013.]

*In the Matter of the Marriage of* BRYAN LEE ESTILL, *Appellant*, and EVELYN MATEO ESTILL, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 10-3-00432-6, James R. Orlando, J., entered July 22, 2011. *Affirmed* by unpublished opinion per Penoyar, J., concurred in by Worswick, C.J., and Van Deren, J.